UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KEITH HENDERSON | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 1:14-cv-00201-NT |
| | ) | |
| ROBERT TOOLE, | ) | |
| *et al.*, | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on June 11, 2014 his Recommended Decision (Docket No. 2). The Plaintiff filed his objection to the Recommended Decision (Docket No. 3) on June 23, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>;

1

2. The Defendant's Complaint is <u>DISMISSED</u> without prejudice based on improper venue;

<u>SO ORDERED</u>.

Dated this 2nd day of July, 2014.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE